UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYAT A., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01113-JHC <br><br> STIPULATED MOTION FOR EXTENSION & ORDER <br><br> Noted for Consideration: September 26, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move for a 30-day extension of Defendants' deadline to respond to the Complaint. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. Defendants' response to the Complaint is currently due on September 30, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court extend the deadline until October 30, 2024. This is the first request for an extension of this deadline.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

USCIS is in the process of scheduling Plaintiff's asylum interview. However, additional time is necessary to do so. The interview must occur prior to adjudication of the application at issue here. Once the interview is scheduled, the parties will discuss how to move forward with this litigation.

As additional time is necessary for this to occur, the parties request that the Court extend Defendants' deadline to respond to the Complaint to October 30, 2024.

DATED this 26th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Karin Tolgu*<br>KARIN TOLGU, WSBA #42647<br>110 Prefontaine Pl S.Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 234 words, in compliance with the Local Civil Rules.*

**ORDER**

The Defendants' deadline to respond to the Complaint is extended to October 30, 2024.

It is so **ORDERED**.

DATED this 26th day of September, 2024.

_____
JOHN H. CHUN
United States District Judge