UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYAT A.,<br><br>                    Plaintiff,<br><br>       v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-01113-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>October 2, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 19, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. Defendants' response to the Complaint is currently due on October 30, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until March 19, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4      With additional time, this case may be resolved without the need of further judicial
5  intervention. USCIS has scheduled Plaintiff's asylum interview for November 19, 2024. USCIS
6  agrees to diligently work towards completing the adjudications within 120 days of the interview,
7  absent unforeseen or exceptional circumstances that would require additional time for
8  adjudication. If the adjudication is not completed within that time, USCIS will provide a status
9  report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to
10 USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit
11 documents prior to the interview may require the interview to be rescheduled and the
12 adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the
13 interview will need to be rescheduled and the adjudications delayed. Once the application is
14 adjudicated, Plaintiff will dismiss the case. Accordingly, the parties request this abeyance to
15 allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.
16     As additional time is necessary for this to occur, the parties request that the Court hold
17 the case in abeyance until March 19, 2025. The parties will submit a status update on or before
18 March 19, 2025.
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:24-cv-01113-JHC] - 2

DATED on this 2nd day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Karin Tolgu*<br>KARIN TOLGU, WSBA #42647<br>110 Prefontaine Pl S.Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 378 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is held in abeyance until March 19, 2025.  The parties shall submit a joint status report on or before March 19, 2025.  It is so **ORDERED**.

DATED this 2nd day of October, 2024.

JOHN H. CHUN
United States District Judge

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:24-cv-01113-JHC] - 4