1
2
3
4
5
6

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAYAT MOHAMMEDNUR AHMED, | Case No. 2:24-cv-01113-JHC |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration: February 27, 2025 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

1 | DATED this 27th day of February, 2025.

2 | Respectfully submitted,

3 | TEAL LUTHY MILLER
Acting United States Attorney

THE LAW OFFICES OF KARIN TOLGU PLLC

4 |

*s/ Michelle R. Lambert*
5 | MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
6 | United States Attorney's Office
Western District of Washington
7 | 1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
8 | Phone: (206) 553-7970
Fax:   (206) 553-4067
9 | Email:  michelle.lambert@usdoj.gov

*s/ Karin Tolgu*
Karin Tolgu, WSBA 42647
110 Prefontaine Pl S.
Ste. 304
Seattle, WA 98104
Phone: (206) 218-9472
Email: Karin@karintolgulaw.com
*Attorney for Plaintiff*

10 | *Attorneys for Defendants*

11 | *I certify that this memorandum contains 67 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice and with each party to bear their own costs and fees.  It is so **ORDERED**.

DATED this 27th day of February, 2025.

                                        *John H. Chun*
                                      JOHN H. CHUN
                                      United States District Judge